Judge Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> PENGQUAN XIE, <br> ZHENG QU, <br> Defendants. | NO. CR06-298JCC <br><br> ORDER CONTINUING TRIAL |

The Court has considered the joint motion filed by the Government and defendants PENGQUAN XIE and ZHENG QU, pursuant to 18 U.S.C. § 3161(h)(8)(A), concerning a continuance of the trial in this case.

THE COURT FINDS that this is a complex case involving extensive discovery and allegations of a multi-defendant conspiracy that spanned multiple years;

THE COURT FURTHER FINDS that, for the reasons set forth in the joint motion, continuing the trial in this case is necessary to allow defense counsel adequate time to investigate the case and to effectively prepare for trial;

THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the defendant in a more speedy trial;

//
//
//
//

1     IT IS THEREFORE ORDERED that the trial in this case shall be continued until
2 January 22, 2007, and that the period of time from December 4, 2006, up to and including
3 January 22, 2007, shall be excludable time under 18 U.S.C. § 3161(h)(8)(A).
4     DONE this 29th day of November, 2006.

                                                       *[signature]*
                                                John C. Coughenour
                                                United States District Judge

Presented by:

JOHN McKAY
United States Attorney


s/Todd Greenberg
TODD GREENBERG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-3903
Telephone:   (206) 553-2277
Fax:             (206) 553-4440
E-mail:         Todd.Greenberg4@usdoj.gov



  s/ Gabriel Banfi (per telephonic approval)
GABRIEL BANFI
Counsel for Pengquan Xie


s/James Vonasch (per telephonic approval)
JAMES VONASCH
Counsel for Zheng Qu